**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DARWIN JAVIER ARGUETA AGUILERA,
ARLIN IVAN ARGUETA AGUILERA, and
MILTON RENE SORTO ARGUETA,

Petitioners,

v. CIVIL ACTION NO. 3:26-0608

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Darwin Javier Argueta Aguilera, Arlin Ivan Argueta Aguilera, and Milton Rene Sorto Argueta. For reasons apparent to the Court, Petitioners' Amended Petition, ECF No. 11, is **GRANTED**, and

Respondents' Motions to Dismiss, ECF No. 7-1 and ECF No. 8, are **DENIED**. A memorandum opinion will follow shortly.[1]

Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioners **Arlin Ivan Argueta Aguilera** and **Milton Rene Sorto Argueta** on the sidewalk at the front entrance of the Federal Courthouse in Huntington, WV, no later than **Today, October 6, 2026, at 1:00 PM**. Respondents are **DIRECTED** to provide reasonable notice of at least **two hours** to these Petitioners' counsel of the anticipated time and place of their release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to these Petitioners' detention, including legal documents. Respondents shall file a notice of compliance with the Court.[2]

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining these Petitioners under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining these Petitioners under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on these Petitioners' liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Government is **ORDERED** to **PROMPTLY RELEASE** Petitioner **Darwin Javier Argueta Aguilera** in the Southern District of West Virginia, **Today, October 6, 2026**, subject to an appropriate order of supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5. The Government is **ORDERED** to facilitate the prompt return of all property seized incident to this Petitioner's detention, including legal documents, to him at the time of his release.

[1] The Petition was initially filed as a next friend petition. Pet., ECF No. 1.

[2] The Court has already ordered that Petitioners be transported here today at 12:30 PM. Writ, ECF No. 13.

To that end, this Petitioner will be returned to the Poca ICE facility and interviewed as necessary for the determination of his conditions of supervision. This Petitioner will be permitted to consult with counsel during such interview. *See* 8 C.F.R. § 241.4(d)(3). The Government is **DIRECTED** to provide reasonable notice of at least **three hours** to this Petitioner's counsel of the anticipated time of his release. If reasonable objections to certain conditions of release persist after attempted resolution between parties, such conditions shall not be imposed, and the matter shall be immediately brought to the Court's attention for resolution.

The Show Cause Hearing previously scheduled Today, October 6, 2026, is **CANCELED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE